# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICK PLUMLEY, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:21-cv-01312-LPS |
| ) | |
| v. ) | |
| ) | |
| VEONEER, INC., ROBERT W. ) | |
| ALSPAUGH, JAN CARLSON, JAMES M. ) | |
| RINGLER, MARK DURCAN, JONAS ) | JURY TRIAL DEMANDED |
| SYNNERGREN, MARY LOUISE ) | |
| CUMMINGS, KAZUHIKO SAKAMOTO, ) | |
| and WOLFGANG ZIEBART, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: October 19, 2021

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*